UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

vs.                                                  2:04-cr-48-FtM-29SPC
                                                                                      2:04-cr-61-FtN-29DNF

DAVID LEE BEARD
_____

**OPINION AND ORDER**

This matter comes before the Court on defendant's Motion for Conviction Time Not Credited (Doc. #65 in Case No. 2:04-cr-48 and Doc. #48 in Case No. 2:04-cr-61) filed on August 16, 2012. Defendant seeks an order directing the Bureau of Prisons to give him credit for time served in state custody after his federal sentences were imposed.

Federal courts lack the power to grant credit for time served. United States v. Wilson, 503 U.S. 329, 336 (1992); United States v. Lucas, 898 F.2d 1554, 1556 (11th Cir. 1990). Only the Bureau of Prisons, as the designated agent of the Attorney General, has the authority to determine initially the amount of credit a federal prisoner should receive from his other custody. Wilson, 503 U.S. at 335-36; Lucas, 898 F.2d at 1556. This likewise applies to credit for time served pursuant to a state court judgment. A federal inmate who disagrees with the calculation of the Bureau of Prisons must exhaust all administrative remedies and then may file a petition in federal court pursuant to 28 U.S.C. § 2241 naming the warden as defendant. E.g., Rodriquez v. Lamer, 60 F.3d 745, 747

(11th Cir. 1995). There is no indication that defendant Beard has exhausted his administrative remedies, and the Court declines to construe his motion as a petition under 28 U.S.C. § 2241 since it would be futile.

Accordingly, it is now

**ORDERED**:

Defendant's Motion for Conviction Time Not Credited (Doc. #65 in Case No. 2:04-cr-48 and Doc. #48 in Case No. 2:04-cr-61) is **DENIED**.

**DONE AND ORDERED** at Fort Myers, Florida, this __17th__ day of August, 2012.

JOHN E. STEELE
United States District Judge

Copies:
Counsel of Record
David Lee Beard

-2-